# CINCINNATI POLICE DEPARTMENT INCIDENT REPORT

## ADMINISTRATIVE

OFFENSE NUMBER: 179006342.02

| DISTRICT | BEAT | RPT. AREA | CAR NO. | | CLEARANCE | |
|---|---|---|---|---|---|---|
| 3 | 2 | 254 | 3625 | | | |

TOD: 09:02
TOA: 09:04
TOC: 10:00
CAD No.: CPD170302000423

OFFENSE

CLEARANCE: K--UNFOUNDED
CLEARANCE DATE: 03/07/2017 00:00
CLEARED BY: 13258 - LONGWORTH, MARK W.

| INCIDENT OCCURRED FROM | INCIDENT OCCURRED TO | REPORT DATE/TIME |
|---|---|---|
| 03/02/2017 08:50 | 03/02/2017 08:55 | 03/02/2017 09:5 |

INCIDENT LOCATION: 1286 RUTLEDGE AV CINC, OH 45205
HATE/BIAS: No
EXPLAIN: N--No Bias/Not Applicable

CIS NOTIFIED: 
WHOM NOTIFIED: 
REPORT FAXED: 
TELETYPE NO:

## OFFENSE

| OFFENSE CODE & DESCRIPTION | A/C | F/M & DEGREE | LARCENY TYPE |
|---|---|---|---|
| 2903-11 (13A) -FELONIOUS ASSAULT -(Aggravated Assault) | COMPLETED | F2 | |

LOCATION CODE: 1. 48-PARKING LOT  2.

METHOD OF ENTRY – BURGLARY/B&E

METHOD OF OPERATION: 12-Carries Gun

VICTIM #1/REPORTEE SAME: Yes

## VICTIM

| NO. | TOTAL VICTIMS | VICTIM TYPE |
|---|---|---|
| 1 | 1 | I--Individual |

NAME: SPRUILL, DONTONYIO
SEX: MALE
RACE: BLACK
AGE/DOB: [redacted]
HGT: 5' 6"
WGT: 180

ADDRESS: [redacted]
PHONE MOBILE: [redacted]
SSN: [redacted]
HAIR: BLACK
EYES: BROWN

EMPLOYER NAME AND ADDRESS:
OCCUPATION:
Is MRDD: NO

VICTIM BOOKLET: 
VICTIM INJURED: No
IF INJURED, DESCRIBE: 0-NONE
MEDICAL ATTENTION TRANS. TO: BY:

AGG. ASLT: Yes
HOMICIDE: No
RESIDENT STATUS: RESIDENT
VICTIM TO SUSPECT RELATIONSHIP: UU--UNKNOWN, UU--UNKNOWN,
VICTIM/OFFENSE LINK: 1

My signature verifies that the information on this report is accurate and true.

## NARRATIVE

VICTIM STATES, SUSPECT FIRED TWO SHOTS AT HIM FROM AN UNKNOWN TYPE OF HANDGUN.

CLOSURE.

| REPORTING OFFICER | BADGE NO. | DATE |
|---|---|---|
| 18422 - KROGER, KEVIN T. | PS848 | 03/02/2017 09:05 |
| APPROVING OFFICER | BADGE NO. | DATE |
| 13840 - DAY, JOHN P. | S0196 | 03/02/2017 |

FOLLOW-UP? Yes
If yes, follow-up assignment: 13258 - LONGWORTH, MARK W. - OFFICER ASSIGNED TO CASE

ADDITIONAL SUPPLEMENTS:
FORM RECEIVED BY:
SPECIAL COPIES:



EXHIBIT A

# CINCINNATI POLICE DEPARTMENT INVESTIGATIVE NOTES - SUSPECTS

## ADMINISTRATIVE

| VICTIM #1 | OFFENSE | INCIDENT DATE/TIME | OFFENSE NUMBER |
|---|---|---|---|
| SPRUILL, DONTONYIO | 2903-11 (13A) -FELONIOUS ASSAULT - (Aggravated Assault) | 03/02/2017 08:50 | 179006342.02 |

## SUSPECT

| NO. | TOTAL SUSPECTS | RESIDENT STATUS | TYPE WEAPON/FORCE USED BY SUSPECT |
|---|---|---|---|
| 1 | 2 | UNKNOWN | |

| NAME (LAST, FIRST, MIDDLE) | SEX | RACE | AGE/DOB | HGT | WGT |
|---|---|---|---|---|---|
| UNKNOWN | MALE | BLACK | 19 | 5' 8" | 00 |

| ADDRESS, CITY, STATE & ZIP CODE | PHONE No. | SSN | HAIR | EYES |
|---|---|---|---|---|
| | | | UNKNOWN | UNKNOWN |

| ADDITIONAL DESCRIPTION (CLOTHING, SCARS, MARKS, TATOOS) | CONTROL No. | WARRANT No. |
|---|---|---|
| GRN JACKETS, GRN SHOES | | |

## SUSPECT

| NO. | TOTAL SUSPECTS | RESIDENT STATUS | TYPE WEAPON/FORCE USED BY SUSPECT |
|---|---|---|---|
| 2 | 2 | UNKNOWN | |

| NAME (LAST, FIRST, MIDDLE) | SEX | RACE | AGE/DOB | HGT | WGT |
|---|---|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | 00 | 0' 0" | 00 |

| ADDRESS, CITY, STATE & ZIP CODE | PHONE No. | SSN | HAIR | EYES |
|---|---|---|---|---|
| | | | UNKNOWN | UNKNOWN |

| ADDITIONAL DESCRIPTION (CLOTHING, SCARS, MARKS, TATOOS) | CONTROL No. | WARRANT No. |
|---|---|---|
| | | |

| REPORTING OFFICER | BADGE NO. | DATE |
|---|---|---|
| 18422 - KROGER, KEVIN T. | PS848 | 03/02/2017 09:5 |
| APPROVING OFFICER | BADGE NO. | DATE |
| 13840 - DAY, JOHN P. | S0196 | 03/02/2017 |

# CINCINNATI POLICE DEPARTMENT INVESTIGATIVE NOTES GENERAL (311G)

OFFENSE: 179006342

## ADMINISTRATIVE

**VICTIM:** SPRUILL, DONTONYIO
**OFFENSE:** 2903-11 (13A) - FELONIOUS ASSAULT - (Aggravated Assault)
**INCIDENT DATE/TIME:** 3/2/2017 8:50:00 AM

## INVESTIGATIVE NOTES

**INVESTIGATIVE NOTES BY:** 18422 - KROGER, KEVIN T.

**DESCRIBE CRIME SCENE SEARCH CONDUCTED (IMMEDIATE AREA, ROOMS, HALLWAYS, FLOORS ETC.):**
BACK PARKING LOT. THREE SHELL CASINGS LOCATED AND TAGGED.

**PROPERTY RECOVERED / EVIDENCE HELD FOR PROCESSING:**
SHELL CASINGS - PROPERTY ROOM

**FINGERPRINT FOUND?**
**FINGERPRINTS LIFTED BY WHOM?**

**DOES INVESTIGATOR NEED TO CONDUCT A CRIME SCENE?** No
**WHY?**
**BLOTTER ENTRY**

**DO YOU BELIVE THIS CASE CAN BE SOLVED WITH ADDITIONAL INVESTIGATIVE TIME?**
**LIST REASONS**

**CAN SUSPECT BE IDENTIFIED AT THIS TIME:** No
**BY WHOM**

**DOES AN INVESTIGATOR NEED TO RECONTACT?**
**WHO & WHY**

**ADDITIONAL COMMENTS:**
WITNESS SAID SHE USED THE REMOTE START TO WARM UP HER CAR. SHE LOOKED OUT HER BACK WINDOW THAT OVERLOOKS THE REAR PARKING LOT AND SAW THE DOORS OF A WHITE CHEVY IMPALA OPEN. SHE SAW ONE SUBJECT GET OUT AND APPROACH HER VEHICLE. SHE TOLD THE VICTIM THAT SHE THINKS SOMEONE IS GOING TO TRY TO STEAL HER CAR. THE VICTIM WALKED OUT THE BACK DOOR AND CALLED OUT TO THE SUBJECT (MB 19 5-08 SHORT DREADS GRN JACKET, GRN SHOES) AND SAID "WHAT'S UP" THE SUSPECT REPLIED NOTHING AND WALKED SOUTH TOWARD THE FRONT OF THE BUILDING. AT THE SAME TIME, THE WHITE CHEVY STARTED TO PULL OUT OF THE LOT FROM THE NORTH SIDE OF THE BUILDING. A REAR DOOR OPENED AND THE VICTIM SAID TWO SHOTS WERE FIRED. THE VICTIM BELIEVES THE SHOTS WERE FIRED AT HIM. THE VICTIM COULD NOT GIVE A DESCRIPTION OF THE SUSPECT WITH THE GUN. THE VEHICLE WAS DESCRIBED AS A CHEVY IMPALA WITH TINTED WINDOWS, A REAR SPOILER AND A MISSING DRIVER SIDE MIRROR. THE VEHICLE WAS BELIEVED TO HAVE GONE SOUTH ON RUTLEDGE TOWARD GLENWAY AV. THE VEHICLE DESCRIPTION MATCHES A VEHICLE TAKEN IN AN AUTO THEFT ON GLENWAY AV LAST NIGHT REPORT # 179006299. PLATE # GTW7851.:

## PERSONS INTERVIEWED - WITNESS

**NAME (LAST, FIRST, MIDDLE):** KENNEBRUEW, DASHIA CORNELL
**SEX:** FEMALE
**RACE:** BLACK
**AGE/DOB:** [redacted]
**SSN:** [redacted]
**CTL NO.:** 2304213
**RES. ADDRESS, CITY, STATE & ZIP CODE:** [redacted]
**RES. PHONE:** [redacted]
**RELATIONSHIP TO VICTIM:** V1 - SPRUILL, DONTONYIO - BG-- BOYFRIEND/GIRLFRIEND

## ADDITIONAL PERSON OF INTEREST INFO

| NO. | TOTAL PERSONS | SEX | RACE | AGE/DOB | HGT | WGT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | MALE | BLACK | 19 / | 5'8" | 00 | UNKNOWN | UNKNOWN |

**NAME:** UNKNOWN
**ADDRESS:**
**CONTROL NUMBER:**
**ADDITIONAL DESCRIPTION (SCARS, MARKS, TATOOS, ADDITIONAL DESCRIPTION, CLOTHING):**
, GRN JACKETS, GRN SHOES

## ADDITIONAL PERSON OF INTEREST INFO

| NO. | TOTAL PERSONS | SEX | RACE | AGE/DOB | HGT | WGT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | UNKNOWN | UNKNOWN | 00 / | 0' 0" | 00 | UNKNOWN | UNKNOWN |

**NAME:** UNKNOWN
**ADDRESS:**
**CONTROL NUMBER:**
**ADDITIONAL DESCRIPTION (SCARS, MARKS, TATOOS, ADDITIONAL DESCRIPTION, CLOTHING):**
,

**REPORTING OFFICER:** 18422 - KROGER, KEVIN T.
**BADGE NO.:** PS848
**DATE:** 3/2/2017 9:05:00 AM

**OTHER RELATED FORMS:**
**APPROVING OFFICER:** 13840 - DAY, JOHN P.
**BADGE NO.:** S0196
**DATE:** 3/2/2017