\* BWC \*

# ARREST & INVESTIGATION REPORT


city of CINCINNATI POLICE

VETERAN ☐YES ☐NO | CAD INCIDENT #: CPD17030200817

ITN: _____ ACE ☐ YES ☐ NO  DNA COLLECTED ☐YES ☐NO ☐REFUSED ☐DNA ON FILE
HAM. CO. CASE NO. _____ CONTROL NO. _____ ARREST REPORT NO. _____

| NAME OF ARRESTEE - LAST, FIRST, MIDDLE | | | | TITLE | ADDRESS - NUMBER, STREET, APT. NO., CITY, STATE, ZIP CODE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | [redacted] | | | | | |
| TELEPHONE NO. | NICKNAME OR ALIAS | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | AGE | DATE OF BIRTH | PLACE OF BIRTH |
| ( ) | | M | B | 5-05 | 120 | BLK | BRO | 14 | [redacted] | OH |
| MARITAL STATUS | SOCIAL SECURITY NO. (LAST 4) | DESCRIPTION OF CLOTHING AT TIME OF ARREST | | | | | | MARKS, SCARS, DEFORMITIES, TATTOOS | | |
| S | | GRY SWEATSHIRT, WHT PANTS | | | | | | | | |

DRIVER'S LICENSE NO. / STATE / YEAR OF EXPIRATION — VEHICLE - YEAR, MAKE, MODEL, COLOR — VEHICLE LICENSE NO / STATE / YEAR OF EXPIRATION

DOES ARRESTEE HAVE ANY HEALTH PROBLEMS, ILLNESSES, INJURIES, OR MENTAL DISORDERS ☐NO ☒YES, EXPLAIN
TASED - TRANSPORTED TO CHILDREN'S HOSP FOR SHOULDER INJURY
MENTAL HEALTH COURT SCREENING RECOMMENDED ☐ YES ☒ NO

NAME OF SPOUSE / NEXT OF KIN - EMERGENCY NOTIFICATION PHONE NO: Antoinette Lee

| PLACE OF ARREST | DISTRICT | DATE OF ARREST | TIME OF ARREST | VICE ACTIVITY ARREST |
|---|---|---|---|---|
| 1870 SUNSET AV. c/o 45238 | 3 | 3-2-17 | 1346 | ☒YES ☐NO |
| LOCATION OF OFFENSE | DISTRICT | DATE OF OFFENSE | TIME OF OFFENSE | TYPE OF PREMISES |
| 1870 SUNSET AV. c/o 45238 | 3 | 3-2-17 | 1345 | APARTMENT COMPLEX |

CHARGES:
1. 2925.03 DRUG TRAFFICKING (PREP) F5 (A3)
2. 2921.31 OOB M2

MEANS OF ARREST: PHY
COMPLAINANT'S NAME: A/O
PRISONER SEARCHED BY: KROGER

ARRESTING OFFICER(S): K KROGER  BADGE NO. P848  EMPL. ID # 18422  AGENCY/DISTRICT/UNIT: D3
NEEDED FOR COURT ☒YES ☐NO
OTHER REPORTS MADE: 18 TBFP
DRUG COURT ☐ OPPOSED ☐ NOT OPPOSED

FACTS OF ARREST:
Δ WAS STOPPED BY A/O AS PART OF AN AUTO THEFT AND FEL ASSAULT INVESTIGATION, IN WHICH A GUN WAS USED IN THE OFFENSE. AS A/O ATTEMPTED TO PAT Δ DOWN FOR WEAPONS, Δ PULLED AWAY FROM A/O AND RAN. DURING THE FOOT PURSUIT Δ WAS ADVISED TO STOP. Δ WAS PLACED IN CUSTODY AFTER BEING TASED. SEARCH INCIDENT TO ARREST FOUND A PILL BOTTLE W/ 5 INDIVIDUALLY WRAPPED BAGGIES OF MARIJUANA IN Δ FRONT LT PANTS POCKET.

SUPERVISOR: Chatman  BADGE NO. S96  EMPL ID. NO 19712

EVIDENCE INFORMATION:
| DRUGS | WEIGHT | PKG WGT | PAGE | LINE |
|---|---|---|---|---|
| MARIJUANA | 15.08g | 23.52g | 142 | 23 |

EXHIBIT J